JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ROSENFELD, | ) NO. CV 16-2630-DOC(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Defendant. | ) |

Pursuant to the "Order for Summary Remand," it is adjudged that the "First Amended Petition Requesting Removal Pursuant to 28 U.S.C. § 1443" is denied and the matter is remanded summarily to the Los Angeles County Superior Court.

DATED: _____April 20_____, 2016.

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE